# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DEON A. MARTIN**                                                                                    **PLAINTIFF**
**ADC #177219**

v.                                        Case No. 4:20-cv-00056-KGB

**BRUCE MOYSTER,** *et al.*                                                                **DEFENDANTS**

## ORDER

Plaintiff Deon A. Martin, an inmate at the Pulaski County Detention Center, filed a *pro se* complaint on January 15, 2020 (Dkt. No. 2). On January 31, 2020, the Court denied as incomplete Mr. Martin's application to proceed *in forma pauperis* (Dkt. No. 6). The January 31, 2020 Order directed Mr. Martin to either (1) pay the $400.00 filing fee in full or (2) file a properly completed application to proceed *in forma pauperis* within 30 days, or by Monday, March 2, 2020 (*Id.*). Mr. Martin was advised that, if he failed to do so timely, this case would be dismissed without prejudice. Local Rule 5.5(c)(2) of the Eastern and Western Districts of Arkansas ("If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.") A copy of the Court's January 31, 2020, Order was mailed to Mr. Martin at his address of record.

As of the date of this Order, Mr. Martin has not complied with the Court's Order of January 31, 2020, and the time for doing so has passed. Accordingly, this case is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So ordered this 1st of October, 2020.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge